# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DENSON G. HENDERSON, | No. CV 10-4916-GAF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 17, 2011

/s/ Gary Feess
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE